# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DOROTHY BILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-00093 |
| v. ) | (formerly Civil Action No. 21-C-319 in |
| ) | the Circuit Court of Wood County) |
| WVNH EMP, LLC, ) | |
| an Ohio Corporation, and ) | |
| LANETTE KUHNASH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441, 1446, and 1332, Defendants WVNH EMP, LLC and Lanette Kuhnash (collectively "Defendants") give Notice of Removal of the above-captioned matter, Civil Action No. 21-C-319, formerly pending in the Circuit Court of Wood County, West Virginia, to the United States District Court for the Southern District of West Virginia. In support of removal, Defendant states as follows:

### I. Factual Background

1. On or about December 15, 2021, Plaintiff filed a single plaintiff employment action against Defendant in the Circuit Court of Wood County, West Virginia.

2. Plaintiff filed an Amended Complaint on February 9, 2022.

3. The Amended Complaint was served on undersigned counsel for Defendant on February 16, 2022.

4. Plaintiff's Complaint purports to set forth a claim for wrongful termination and retaliation under the W.VA Code § 5-11, *et seq*. and the West Virginia Human Rights Act. Specifically, Plaintiff alleges that she was terminated and retaliated against for her actions in resisting sexual harassment by a patient.

5. No further substantive proceedings have taken place in this action since the receipt of the Amended Complaint.

6. Under 28 U.S.C. § 1446(a), copies of all process and pleadings served upon Defendant, along with a copy of the State Court Docket Sheet, are attached as **Exhibit A**.

## II. Diversity Jurisdiction Exists

7. This action is removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction under 28 U.S.C. § 1332(a), which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between – (1) citizens of different states."

8. **The amount in controversy exceeds $75,000.** Plaintiff's Complaint does not claim a specific sum, however, Plaintiff "demands the value of lost wages, emotional distress, punitive damages, costs and attorneys' fees, and such other relief as may be appropriate…." (*See* Complaint, attached as Exhibit A.) Accordingly, while Defendant denies the validity of Plaintiff's claims as well as Plaintiff's entitlement to the damages she seeks, Defendant acknowledges that Plaintiff believes the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000, thus exceeding the jurisdictional amount of $75,000 set forth in 28 U.S.C. § 1332(a).

9. **This action is between citizens of different states.** Plaintiff's Complaint alleges that Plaintiff is an adult individual who resided in West Virginia during her employment and at the time of her termination. (*Id.* at ¶ 1.)

10. Defendant Lanette Kuhnash is a resident of Ohio.

11. Defendant is an Ohio limited liability corporation with its principle place of business in Ohio from which the corporation's high level officers direct, control, and coordinate the corporation's activities.

12. Therefore, this Court has original jurisdiction, under 28 U.S.C. § 1332 because the parties are completely diverse, and the amount in controversy exceeds $75,000. Both the complete diversity and the amount in controversy in excess of $75,000 exist as of the date of this Notice of Removal.

### III. Removal to this District is Proper

13. For the reasons outlined above, Plaintiff's claim is an action over which the District Court of the United States has original jurisdiction pursuant to 28 U.S.C. § 1332, and is therefore properly removable pursuant to 28 U.S.C. § 1441(a) to the District Court of the United States embracing the place where such action is pending.

### IV. Conclusion

14. Under 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with a Notice of the Filing of the Notice of the Removal, will be sent to counsel for Plaintiff and filed with the Clerk for the Circuit Court of Wood County, West Virginia. A copy of the Notice of Filing of Notice of Removal is attached as **Exhibit B**.

15. By filing this Notice of Removal, Defendant waives no available defenses.

-4-

WHEREFORE, Defendants WVNH EMP, LLC and Lanette Kuhnash respectfully request that the aforementioned civil action be removed from the Circuit Court of Wood County, West Virginia to the United States District Court for the Southern District of West Virginia, and that the Circuit Court of Wood County, West Virginia proceed no further with said action.

Dated: February 22, 2022                     Respectfully submitted,

 

                                                                                            */s/ Maria Greco Danaher*
                                                                                            Maria Greco Danaher, Esq.
                                                                                            WV ID No. 10986

                                                                                           **OGLETREE DEAKINS**
                                                                                           One PPG Place, Suite 1900
                                                                                           Pittsburgh, PA 15222
                                                                                           (412) 394-3390

                                                                                           *Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| DOROTHY BILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | (formerly Civil Action No. 21-C-319 in |
| ) | the Circuit Court of Wood County) |
| WVNH EMP, LLC, ) | |
| an Ohio Corporation, and ) | |
| LANETTE KUHNASH, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that this 22nd day of February, 2022, a true and correct copy of the foregoing document was served, via email and U.S. First Class Mail, postage pre-paid, to the following:

Walt Auvil
Kirk Auvil
1208 Market Street
Parkersburg, WV 26101
auvil@theemploymentlawcenter.com

*Attorneys for Plaintiff*

/s/Maria Greco Danaher
Maria Greco Danaher

*Attorney for Defendants*

-5-

50291644.v1-Ogletree

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DOROTHY BILLS

### DEFENDANTS
WVNH EMP, LLC

**(b)** County of Residence of First Listed Plaintiff: Pleasants Cty, WV
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: State of Ohio
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Walt Auvil, Esq., Kirk Auvil, Esq. The Employment Law Ctr. PLLC, 1208 Market St., Parkersburg, WV 26101 304.485.3058

Attorneys *(If Known)*
Maria Greco Danaher, Esq. Ogletree Deakins, One PPG Place, Suite 1900, Pittsburgh, PA 15222 4112.394.3333

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[x] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Plaintiff alleges wrongful termination and retaliation.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** >$75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
/s/Maria Greco Danaher

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____