# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

DOROTHY BILLS,

      Plaintiff,

v.                             CIVIL ACTION NO.  2:22-cv-00093

WVNH EMP, LLC, and
LANETTE KUHNASH,

      Defendants.

## JUDGMENT ORDER

In accordance with the order granting the Defendants' motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:   December 1, 2022

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA