FILED: May 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2274
(2:22-cv-00093)

_____

DOROTHY BILLS

    Plaintiff - Appellant

v.

WVNH EMP, LLC, an Ohio corporation; LANETTE KUHNASH

    Defendants - Appellees

_____

JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK